UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM COLOMBO,

                Plaintiff,

                                            25-CV-10072 (JGLC) (JCM)

   -against-

THE VILLAGE OF PELHAM MANOR, et al.,

                Defendants.
------------------------------------------------------------X

## CONSENT TO CHANGE ATTORNEY

IT IS HEREBY STIPULATED AND AGREED that SCOTT A. KORENBAUM, ESQ. be substituted as attorney of record for the undersigned party in the above-captioned action as of the date hereof.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's current attorney of record, WILLIAM J. MANIATIS, LLC, does not assert a charging or retaining lien.

                                            _____
                                            William Colombo, Plaintiff

                                            _____
                                            Scott A. Korenbaum, Esq.
                                            Incoming Attorney

                                            _____
                                            William J. Maniatis, LLC
                                            Outgoing Attorney

SO ORDERED:

_____
       U.S.D.J.