UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

WILLIAM COLOMBO,

                Plaintiff,

     -against-

THE VILLAGE OF PELHAM MANOR, *et al.*,

           Defendants.

———————————————————————————X

25-CV-10072 (JGLC) (JCM)

## CONSENT TO CHANGE ATTORNEY

IT IS HEREBY STIPULATED AND AGREED that SCOTT A. KORENBAUM, ESQ.

be substituted as attorney of record for the undersigned party in the above-captioned action as of

the date hereof.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's current attorney of

record, WILLIAM J. MANIATIS, LLC, does not assert a charging or retaining lien.


_____
William Colombo, Plaintiff

_____
Scott A. Korenbaum, Esq.
Incoming Attorney

_____
William J. Maniatis, LLC
Outgoing Attorney


SO ORDERED:

_____
       U.S.D.J.