**MEMO ENDORSED**

THE LAW OFFICES OF

# SCOTT A. KORENBAUM

**14 Wall Street, Suite 4C**
**New York, New York 10005**
Tel: (212) 587-0018        Fax: (212) 587-0018

March 24, 2026

Application GRANTED. The Court permits the parties to, as of this date, restart the timetables contained in Local Civil Rule 83.10.

VIA ECF

SO ORDERED.

*Jessica Clarke*

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York         JESSICA G. L. CLARKE, United States District Judge
300 Quarropas Street                  Dated: March 25, 2026
White Plains, NY 10601-4150                   White Plains, New York

Re:    *Colombo v. The Village of Pelham Manor, et al.*
       25-CV-10072 (JGLC) (JCM)

Dear Judge Clarke:

I represent Mr. William Colombo. Nadia E. Niazi, Esq. represents the defendants. We write to request that the Court either permit the parties to restart the timetables contained in Local Civil Rule 83.10, or to schedule an initial Rule 16 conference. This action is subject to the Plan, to which no one objects, and a mediator has been assigned. But due to difficulties that arose pursuant to the transition from Mr. Colombo's prior counsel to me, the parties have just started to gather the information called for by the Plan – for example, because this action was removed from Supreme Court, Westchester County, prior counsel did not serve a 160.50 release or medical authorizations with copies of the Summons and Complaint, although I have recently done so. Because the parties will be unable to comply with the Plan's timetables if not modified, we request that the timetables be reset to correspond with this letter. If not, as noted, we request that the Court schedule an initial Rule 16 conference.

Thank you for your attention to this matter.

Respectfully submitted,

*Scott A. Korenbaum*

Scott A. Korenbaum

SAK:sak

cc: Nadia E. Niazi, Esq. (via ECF)